IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02666-AP

Joy Lynn Baca,

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Bruce C. Bernstein
1828 Clarkson Street, #100
Denver, Colorado 80218
303-830-2300
bcb@bcblaw.biz

| | |
|---|---|
| John F. Walsh<br>United States Attorney<br><br>J.B. García<br>Assistant United States Attorney<br>District of Colorado | For Defendant:<br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, Suite 4169<br>Denver, Colorado 80294-4003<br>(303) 844-0815<br>stephanie.kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed:** October 1, 2013

    B.  **Date Complaint Was Served on U.S. Attorney's Office:** October 15, 2013

    C.  **Date Answer and Administrative Record Were Filed:** February 12, 2014

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.  **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

This case is not on appeal from a decision issued on remand from this Court.

8.  **BRIEFING SCHEDULE**

The parties request the following briefing schedule, outside of the 60 day briefing schedule, due to Defendant's workload.

    A.  **Plaintiff's Opening Brief Due:  May 9, 2014**

    B.  **Defendant's Response Brief Due:  June 9, 2014**

    C.  **Plaintiff's Reply Brief (If Any) Due:  June 24, 2014**

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.  **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

- A.   ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

- B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 20th day of February, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s/ Bruce C. Bernstein
Bruce C. Bernstein
1828 Clarkson Street, #100
Denver, Colorado 80218
303-830-2300
bcb@bcblaw.biz

Attorney for Plaintiff

/s/ Stephanie Lynn F, Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
stephanie.kiley@ssa.gov

Attorneys for Defendant.